Mistee L. Elliott (Bar #6-3540)
Holly L. Tysse (Bar #7-5553)
Crowley Fleck PLLP
101 W. Brundage
Sheridan, WY 82801
(307) 673-3000
melliott@crowleyfleck.com
htysse@crowleyfleck.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AXTRA, LLC and THE AXIA-AXTRA TRUST, | ) ) ) Civil Action No. 1:22-CV-00144 |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| AXIA ISSUER, INC., and THE AXIA FOUNDATION, | ) ) ) ) |
| Defendants. | ) |

_____

### MOTION FOR *PRO HAC VICE* ADMISSION OF RONALD D. SMITH
_____

Pursuant to Rule 84.2 of the Civil Local Rules of the United States District Court for the District of Wyoming, Mistee L. Elliott of CROWLEY FLECK PLLP moves for *pro hac vice* admission of Ronald D. Smith to practice before this Court in the above-captioned matter, stating as follows:

1. Under Local Rule 84.2(b), an attorney and counselor at law in good standing from any other jurisdiction in the United States may be admitted *pro hac vice* in a particular matter upon the motion of a member of the Bar of the State of Wyoming.

2. Ms. Elliott is a member in good standing of the Bar of the State of Wyoming (No. 6-3540) and the United States District Court for the District of Wyoming and is counsel of record

for the Defendants Axia Issuer, Inc. and AXIA Foundation Inc. (improperly named as the Axia Foundation).

3. Ms. Elliott shall be fully prepared to represent the clients, Axia Issuer, Inc. and AXIA Foundation Inc., at any time and in any capacity in this action.

4. Ms. Elliott moves for the *pro hac vice* admission of the following attorney:

> Ronald D. Smith
> NORTON ROSE FULBRIGHT US LLP
> 2200 Ross Avenue, Suite 3600
> Dallas, TX 75201-7932
> (214) 855-8349
> ron.smith@nortonrosefulbright.com

5. Mr. Smith is a member in good standing of the Bar in the State of Texas. He is assigned Bar No. 24056344 in the State of Texas.

6. Ms. Elliott vouches, to the best of her knowledge and belief, for the good moral character and veracity of Mr. Smith, who is in good standing in all Bars wherever admitted, and against whom no discipline or grievance proceedings have been filed or are pending.

7. In support of this motion, the Declaration of Ronald D. Smith is filed herewith as Exhibit A.

8. The $100.00 filing fee will be paid by check following the filing of this Motion.

DATED this 7th day of October 2022.

**CROWLEY FLECK PLLP**

By:   ___*/s/ Mistee L. Elliott*___
Mistee L. Elliott
Holly L. Tysse
101 W. Brundage
Sheridan, WY 82801
(307) 673-3000
melliott@crowleyfleck.com
htysse@crowleyfleck.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 7th day of October, 2022, I electronically transmitted the foregoing document using the CM/ECF system which will send notification to all ECF Registrants in this action.

             */s/ Mistee L. Elliott*
             OF CROWLEY FLECK PLLP