# EXHIBIT 1

Travis W. Koch #7-5418
Koch Law, P.C.
121 W. Carlson St, Suite 3
Cheyenne, Wyoming 82009
307-426-5010
tkoch@kochlawpc.com
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
CHEYENNE DIVISION**

| | | |
|---|---|---|
| AXTRA, LLC, and THE AXIA-AXTRA TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>AXIA ISSUER, INC., and THE AXIA FOUNDATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:22-CV-00144 |

---

**DECLARATION OF CHRISTOPHER FAUCETT IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND, IN THE ALTERNATIVE, RENEWED MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**

---

Pursuant to 28 U.S.C. § 1746, the undersigned, Christopher Faucett affirms and declares as follows:

1. My name is Christopher Faucett, and I am one of the attorneys for the plaintiffs in the captioned case.

2. I am fully competent to make this declaration, and I have personal knowledge of the facts stated herein.

3. Attached hereto as "**Exhibit A**" are what is believed to be true and accurate copies of wire transfer records plaintiffs' counsel recently obtained reflecting an entity "AXIA Capital Ltd." – with an address in Greenwood Village, Colorado (in this Circuit) – using a financial institution, "the Reserve Trust," to receive wire transfers in 2021 of $10,000; $25,000; and $150,000, respectively. Plaintiff is attempting to secure a declaration from the individual who paid the money reflected in these wire transfers to further authenticate these records.

I declare under penalty of perjury under the laws of Wyoming and of the United States that the foregoing is true and correct.

Executed on June 5, 2023.

______________________________
[DECLARANT]

# EXHIBIT "A"

/13/23, 12:00 PM 07162021

Wire Transfer Archive TD BANK Value Date: 07-16-2021 to 07-16-2021

| MOP | DIR | MID | AMOUNT | CREATE DATE & TIME | VAL DATE | TYPE | BANK | DEPT | BRANCH | VER | TEMPLATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FED | O | [redacted] | 10,000.00 | 07-16-2021 14:17:32 | 07-16-2021 | 1000 | 004 | WIR | 004BR9999 | 0 | |

| | BANK | ACCT TYPE & NUMBER | CUST CODE | CUSTOMER NAME | FEE | ADVICE |
|---|---|---|---|---|---|---|
| DEBIT ACCOUNT: | [redacted] | [redacted] | [redacted] | [redacted] | | |
| CREDIT ACCOUNT: | | | | | | |

SENDER: [redacted]

RECEIVER: [redacted]7558 THE RESERVE TRUST

ORIGINATOR: [redacted]

BENEFICIARY: AC [redacted]13408
Axia Capital Ltd
5600 S Quebec St

Greenwood VillageCO

ORIGINATING BANK:

BENEFICIARY BANK:

INSTRUCTING BANK:

INTERMEDIARY BANK:

PRODUCT CODE: [redacted]
ENDER REFERENCE: [redacted]
IMAD: [redacted]
OMAD: [redacted]

REFERENCE FOR BENEFICIARY: [redacted]
AS OF DATE & REASON: [redacted]
REFERENCE IMAD:
DISPOSITION:

I: AX Q2BM FFD Q

I:

try Code:US

-ACCOUNT INFORMATION:
NAME :
ADDR1:
ADDR2:
CITY : STATE: ZIP:
DRIVER'S LICENSE: STATE OF ISSUE: EXPIRATION DATE: [redacted]
SSN OR EIN: TAXPAYER ID: COMMENTS:

PHONE:


4/13/23, 12:00 PM

07122021

Wire Transfer Archive

TD BANK

Value Date: 07-12-2021 to 07-12-2021

| MOP | DIR | MID | AMOUNT | CREATE DATE & TIME | VAL DATE | TYPE | BANK | DEPT | BRANCH | VER | TEMP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FED | O | | 25,000.00 | 07-12-2021 10:37:36 | 07-12-2021 | 1000 | 004 | WIR | 004BR9999 | O | |

| | BANK | ACCT TYPE & NUMBER | CUST CODE | CUSTOMER NAME | FEE | ADVICE |
|---|---|---|---|---|---|---|
| DEBIT ACCOUNT: | | | | | | |
| CREDIT ACCOUNT: | | | | | | |

RECEIVER: 7558 THE RESERVE TRUST

SENDER:

BENEFICIARY: AC 13408
Axi td
5600 S Quebec St
Suite 205D
Greenwood VillageCO

ORIGINATOR:

ORIGINATING BANK:

BENEFICIARY BANK:

INSTRUCTING BANK:

INTERMEDIARY BANK:

PRODUCT CODE:
SENDER REFERENCE:
IMAD:
OMAD:

REFERENCE FOR BENEFICIARY:
AS OF DATE & REASON:
REFERENCE IMAD:
DISPOSITION:

OBI: AX IXFV NZH Q

BBI:

Country Code:US

NON-ACCOUNT INFORMATION:

PHONE:

NAME :
ADDR1:
ADDR2:
CITY :
DRIVER'S LICENSE:
SSN OR EIN:

STATE:
ZIP:
STATE OF ISSUE:
TAXPAYER ID:

EXPIRATION DATE:
COMMENTS:



Wire Transfer Archive TD BANK Value Date: 11-03-2021 to 11-03-2021

| MOP | DIR | MID | AMOUNT | CREATE DATE & TIME | VAL DATE | TYPE | BANK | DEPT | BRANCH | VER | TEMPLATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FED | O | [redacted] | 150,000.00 | 11-03-2021 13:04:21 | 11-03-2021 | 1000 | 004 | WIR | 004BR9999 | 0 | |

| | BANK | ACCT TYPE & NUMBER | CUST CODE | CUSTOMER NAME | FEE | ADVICE |
|---|---|---|---|---|---|---|
| DEBIT ACCOUNT: | [redacted] | [redacted] | [redacted] | [redacted] | | |
| CREDIT ACCOUNT: | | | | | | |

SENDER: [redacted]

RECEIVER: [redacted]7558 THE RESERVE TRUST

ORIGINATOR: [redacted]

BENEFICIARY: AC [redacted]13408
Axia Capital Ltd
5600 S. Quebec St
Suite 205D
Greenwood VillageCO

ORIGINATING BANK:

BENEFICIARY BANK:

INSTRUCTING BANK:

INTERMEDIARY BANK:

PRODUCT CODE: [redacted]
SENDER REFERENCE: [redacted]
IMAD: [redacted]
OMAD: [redacted]

REFERENCE FOR BENEFICIARY: [redacted]
AS OF DATE & REASON: [redacted]
REFERENCE IMAD:
DISPOSITION:

BI: AX XGXU S2M Q

BI:

ntry Code:US

N-ACCOUNT INFORMATION:
NAME :
ADDR1:
ADDR2:
CITY : STATE: ZIP:
PHONE:
DRIVER'S LICENSE: STATE OF ISSUE: EXPIRATION DATE: [redacted]
SSN OR EIN: TAXPAYER ID: COMMENTS: