Travis W. Koch #7-5418
Koch Law, P.C.
121 W. Carlson St, Suite 3
Cheyenne, Wyoming 82009
307-426-5010
tkoch@kochlawpc.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING
# CHEYENNE DIVISION

| | | |
|---|---|---|
| AXTRA, LLC, and THE AXIA-AXTRA TRUST, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:22-CV-00144 |
| AXIA ISSUER, INC., and THE AXIA FOUNDATION, | ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL AND VENUE DISCOVERY

The Court has considered: (1) the Opposed Motion for Leave to Conduct Jurisdictional and Venue Discovery ("plaintiffs' Motion") filed by Plaintiffs Axtra, LLC ("Axtra") and The AXIA-Axtra Trust ("Axtra Trust") ("plaintiffs") attaching a set of proposed discovery requests; (2) the Response filed by Defendants AXIA Issuer, Inc.'s and The AXIA Foundation's (collectively, "AXIA" or "Defendants"); (3) plaintiffs' reply; and (4) the other documents and records on file, and now accordingly deems itself fully advised in the premises.

NOW THEREFORE the Court hereby ORDERS that plaintiffs' Motion is GRANTED.

IT IS FURTHER ORDERED THAT:

(1) plaintiffs are granted leave to conduct jurisdictional and venue discovery by propounding the proposed set of discovery requests attached to their Motion as Exhibit 2 to fully identify the names, locations, and relationships of the various defendant entities and entity representatives, and their Wyoming and aggregate U.S. contacts, including AXIA Capital Ltd., and to conduct depositions of the Defendants' corporate representatives, limited in scope to jurisdictional issues, and considering the information gleaned from their Motion to Dismiss and their answers to interrogatories and responses to requests for production, if necessary; and

(2) the Court will suspend consideration of defendants' pending motion to dismiss (Dkt. Nos. 41-42), allowing plaintiffs to file an amended response to that Motion within 14 days after defendants' response to plaintiffs' above-referenced discovery requests and plaintiffs' receipt of transcripts from the referenced depositions, with defendants' deadline to reply to that response 14 days after plaintiffs' response is filed.

IT IS SO ORDERED.

Entered this ___ Day of _____, 2023.

_____
U.S. District Court Judge