Mistee L. Elliott (Wyo. State Bar # 6-3540)
Holly L. Tysse (Wyo. State Bar # 7-5553)
CROWLEY FLECK PLLP
101 West Brundage Street
Sheridan, WY 82801
(307) 673-3000
melliott@crowleyfleck.com
htysse@crowleyfleck.com

Ronald D. Smith (*pro hac vice*)
Veronica Portillo Kendrick (*pro hac vice*)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 855-8000
ron.smith@nortonrosefulbright.com
veronica.kendrick@nortonrosefulbright.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| AXTRA, LLC and THE AXIA-AXTRA TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> AXIA ISSUER, INC. and THE AXIA FOUNDATION, <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 1:22-CV-00144 |

**DEFENDANTS' STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND, IN THE ALTERNATIVE, RENEWED MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY [ECF NO. 51] AND PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL AND VENUE DISCOVERY [ECF NO. 50]**

Defendants AXIA Issuer, Inc. and AXIA Foundation Inc. (improperly named as the Axia Foundation) (collectively, "Defendants") hereby move for an extension of time to *Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and, in the Alternative,*

*Motion for Leave to Conduct Jurisdictional Discovery* [ECF No. 51] (hereinafter "*Plaintiffs' Response*"), and to respond to *Plaintiffs' Motion for Leave to Conduct Jurisdictional and Venue Discovery* [ECF No. 50] (hereinafter "*Plaintiffs' Motion*").

Under the prior stipulated extensions granted by this Court, Defendants' reply to *Plaintiffs' Response* must be filed by June 12, 2023. [ECF No. 45]. Per the Local Rules, Defendants' response to *Plaintiffs' Motion* must be filed by June 19, 2023 (14 days from June 5). U.S.D.C.L.R. 7.1(b)(1)(B).

Given the interconnection and complexity of issues raised in both *Plaintiffs' Response* and *Plaintiffs' Motion*, as well as Defendants' counsels' scheduling demands (which include a one-week arbitration beginning June 12, 2023 for Mr. Smith), Defendants request that the Court extend both the reply and response deadlines to June 26, 2023. This would result in a 14-day extension for the reply and a 7-day extension for the response. Defendants do not believe these extensions would impact any other matters before the Court in this case.

## **CERTIFICATE OF CONFERRAL**

Defense counsel has conferred with Plaintiffs' counsel and Plaintiffs have agreed to stipulate to the requested extensions.

Dated this 8th day of June, 2023.

                    CROWLEY FLECK PLLP

                    /s/ *Holly L. Tysse* _____
                    Mistee L. Elliott
                    Holly L. Tysse
                    Crowley Fleck PLLP
                    101 West Brundage Street
                    Sheridan, WY 82801
                    (307) 673-3000
                    melliott@crowleyfleck.com
                    htysse@crowleyfleck.com

and

Ronald D. Smith (*pro hac vice*)
Veronica Portillo Kendrick (*pro hac vice*)
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 855-8000
ron.smith@nortonrosefulbright.com
veronica.kendrick@nortonrosefulbright.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2023, I electronically transmitted the foregoing document using the CM/ECF system which will send notification to all ECF Registrants in this action.

*/s/ Holly L. Tysse*
OF CROWLEY FLECK PLLP