**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| AXTRA, LLC and THE AXIA-AXTRA TRUST, | § § § § | |
| Plaintiffs, | § | Civil Action No. 1:22-CV-00144 |
| v. | § § | |
| AXIA ISSUER, INC. and THE AXIA FOUNDATION, | § § § | |
| Defendants. | § § | |

**ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND, IN THE ALTERNATIVE, RENEWED MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY [ECF NO. 51] AND PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL AND VENUE DISCOVERY [ECF NO. 50]**

This matter comes before the Court on *Defendants' Stipulated Motion to Extend Time to Respond to Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and, in the Alternative, Motion for Leave to Conduct Jurisdictional Discovery [ECF No. 51] and Plaintiffs' Motion for Leave to Conduct Jurisdictional and Venue Discovery [ECF No. 50]. See* ECF No. 53 (hereinafter "Motion").

Having considered the Motion and being otherwise advised in the premises, the Court hereby finds good cause to **GRANT** the Motion.

**THEREFORE IT IS HEREBY ORDERED** that Defendants shall have up to and including June 26, 2023 to submit their reply and response to *Plaintiffs' Response to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and, in the Alternative, Motion for Leave to Conduct Jurisdictional Discovery* [ECF No. 51] and *Motion for Leave to Conduct Jurisdictional and Venue Discovery* (ECF No. 50).

Dated this ___ day of June, 2023.

_____
U.S. District Court Judge